# EXHIBIT B

# FW: Complaint on Deputies K. Mahaney and C. Sanford

CARL EDISON

Mon 1/27/2020 16:24

To:KEITH BEAN <kbean@sumnersheriff.com>;

From: JUSTIN DOWNS <JDOWNS@sumnersheriff.com>
Sent: Wednesday, September 25, 2019 8:27 PM
To: CARL EDISON <CEDISON@sumnersheriff.com>
Cc: BRANDON MAYNARD <BMAYNARD@sumnersheriff.com>
Subject: Complaint on Deputies K. Mahaney and C. Sanford

**Mr. Ennis may contact you tomorrow (9-26-19) about this matter.**

**Complaint on Deputies K. Mahaney and C. Sanford**
**Complainant Nicholas Ennis (931)538-2359**

On September 25, 2019, Deputy Kyle Mahaney called me on my cell phone and informed me that someone that he and his trainee Deputy Sanford had pulled over was probably going to call in and complain. I asked Deputy Mahaney to explain the situation. Deputy Mahaney explained that made a traffic stop on Mr. Nicholas Ennis' truck and ended up writing a citation to him for 55-8-187 Obscene or patently offensive bumper stickers, window signs, etc. and 55-12-139 financial responsibility. Deputy Mahaney explained that Mr. Ennis was upset about 55-8-187 and wanted to talk to Deputy Sanford's supervisor. Deputy Mahaney spoke with Mr. Ennis and told him that he was his FTO, but he wanted to speak with someone above them. Deputy Mahaney told me that he already had a signature from Mr. Ennis and explained to him that arguing over it on the side of the road wasn't going to be an option. Deputy Mahaney wrote both Sgt. Maynard and I, Lt. Downs', names on the back of the citation. He instructed Mr. Ennis to contact one of us if he so chose.

Shortly after speaking with Deputy Mahaney, Mr. Ennis did in fact call to complain. I was connected to him and he immediately stated that his 1st Amendment rights were violated. I asked for him to explain why he thought that. Mr. Ennis explained that he was profiled and then stopped. He stated that he has a sticker on his truck window that has an AR-15 followed by the letters U and C and then an AK-47. Under that it reads gun control. Mr. Ennis stated that it doesn't have the letters F and/or K. I asked if the AR and AK were positioned in a way that would insinuate an F and K, which would spell out the word FUCK. Mr. Ennis stated that yes that's how it would read. I explained to him that some may find that offensive, which would fall under the statute in which he was cited for. Mr. Ennis then went on to say that his 4yr. olds tell him they like the guns. I then told him that I wouldn't want my 10 and 12 to see something like that and ask what that meant or what that word meant. He continued to argue his point and told me that he was going to call the news station and contact his lawyers to sue the Sheriff's Office. I explained to him that I was sorry that he felt that way. He didn't really complain about the Deputies demeanor or words used on the stop instead of what he was actually written for. I feel this complaint is dissatisfaction of police services. Mr. Ennis wanted to talk with Sgt. Maynard, too, but I explained that if he wanted to speak with my supervisor he could contact Major Carl Edison after 8am tomorrow (9-26-19). He continued to talk about lawsuits and news stations and told him there wasn't anything I could do for him over the phone.

Lieutenant Justin R. Downs
Sumner County Sheriff's Office
117 W. Smith St. Gallatin, TN 37066
615-452-2616 ext. 1636