IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| NICHOLAS ENNIS, FIREARMS POLICY COALITION, INC., and FIREARMS POLICY FOUNDATION,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SUMNER, TENNESSEE; ANTHONY HOLT in his official capacity as County Executive and County Mayor of Sumner County, TN; ROY "SONNY" WEATHERFORD in his official capacity as Sumner County Sheriff; CHRIS SANFORD in his individual and official capacities, KYLE MAHANEY in his individual and official capacities; JUSTIN DOWNS in his individual and official capacities; and CARL EDISON in his individual and official capacities,<br><br>　　　　Defendants. | Civil Action No. 3:20-cv-805<br><br>Chief Judge Waverly D. Crenshaw<br>Mag. Judge Barbara D. Holmes<br><br>JURY DEMAND |

## FIRST JOINT STATUS REPORT

Come now Plaintiffs Nicholas Ennis, Firearms Policy Coalition, Inc., and Firearms Policy Foundation (collectively, "Plaintiffs") and Defendants Sumner County, Anthony Holt, Roy "Sonny" Weatherford, Chris Sanford, Kyle Mahaney, Justin Downs, and Carl Edison (collectively, "Defendants"), by and through the undersigned counsel, and for their First Joint Status Report pursuant to the Court's Initial Case Management Order (Doc. No. 19), state as follows:

On February 18, 2021, Plaintiffs sent an initial settlement demand to Defendants. On February 19, 2021, Defendants rejected Plaintiffs' demand and submitted a counter-offer, which remains pending. The parties are currently in the process of exchanging initial written discovery

1

833499.1/020200106
Case 3:20-cv-00805   Document 26   Filed 02/24/21   Page 1 of 3 PageID #: 149

requests, and continue to work toward completing discovery such that all operative facts are available to facilitate further settlement discussions.

Respectfully submitted:

**Attorneys for Plaintiffs:**

*/s/ Raymond DiGuiseppe (with permission)*
Raymond DiGuiseppe, CA Bar #228457
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
law.rmd@gmail.com

*/s/ Michael Sousa (with permission)*
Michael Sousa, CA Bar #229416
3232 Governor Drive, Suite A
San Diego, CA 92122
msousa@msousalaw.com

*/s/ Lloyd R. Tatum (with permission)*
Lloyd R. Tatum, #11326
Tatum & Tatum
P O Box 293
124 E Main Street
Henderson, TN 38340
lloydtatum1@yahoo.com

*/s/ Eugene Volokh (with permission*
Eugene Volokh
385 Charles E. Young Dr. E.
Los Angeles, CA 90095
volokh@law.ucla.edu

**Attorneys for Defendants:**

*/s/ Leah May Dennen (with permission)*
Leah May Dennen, #12711
Sumner County Law Director
Benjamin C. Allen, #35923
355 North Belvedere Drive, Room 303
Gallatin, TN 37066
615-451-6060
LeahMay@sumnercountytn.gov
Ben@sumnercountytn.gov

*/s/ Thomas B. Russell*
Thomas B. Russell, #26011
Sarah L. Locker, #31994
GULLETT SANFORD ROBINSON
 & MARTIN PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
615-244-4994
trussell@gsrm.com; slocker@gsrm.com

# CERTIFICATE OF SERVICE

    I hereby certify that on the 24th day of February, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Eugene Volokh<br>385 Charles E. Young Dr. E.<br>Los Angeles, CA 90095<br>volokh@law.ucla.edu<br><br>*Attorney for Plaintiffs* | Michael Sousa<br>3232 Governor Drive, Suite A<br>San Diego, CA 92122<br>msousa@msousalaw.com<br><br>*Attorney for Plaintiffs* |
| Lloyd R. Tatum<br>Tatum & Tatum<br>P O Box 293<br>124 E Main Street<br>Henderson, TN 38340<br>lloydtatum1@yahoo.com<br><br>*Attorneys for Plaintiffs* | Raymond DiGuiseppe<br>The DiGuiseppe Law Firm, P.C.<br>4320 Southport-Supply Road, Suite 300<br>Southport, NC 28461<br>law.rmd@gmail.com<br><br>*Attorneys for Plaintiffs* |

                                             */s/ Thomas B. Russell*