IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NICHOLAS ENNIS, et al | ) | |
| | ) | |
| v. | ) | NO. 3:20-0805 |
| | ) | Crenshaw/Holmes |
| COUNTY OF SUMNER, TENNESSEE, | ) | |
| et al | ) | |

**O R D E R**

On February 24, 2021, the parties filed their first required joint case resolution status report. (Docket No. 26.) In the joint report, the parties state that Plaintiff sent an initial settlement demand to Defendants on February 18, 2021, which was rejected by Defendants with a counter-offer returned on February 19, 2021 that remained outstanding as of the date of the joint status report. (*Id*. at 1.) The joint report further states that the parties are "in the process of exchanging initial written discovery" and other information "such that all operative facts are available to facilitate further settlement discussions." (*Id*. at 1-2).

The parties have not complied with the case resolution plan detailed in the Initial Case Management Order. *See* Docket No. 19 at ¶ F. The mandatory provisions of the case resolution plan require a substantive attempt at case resolution prior to the deadline for filing of the first joint case resolution status report. The case resolution plan also expressly states that prior to this first required case resolution status report "**[t]he parties must have conducted enough discovery or otherwise exchanged enough information … to substantively evaluate and discuss settlement.**" *Id*. (emphasis in original).

By no later than **March 22, 2021**, the parties must file a supplemental joint case resolution status report, which must expressly confirm that (i) Plaintiff responded to Defendants' February 19

counter-offer and (ii) counsel for the parties thereafter discussed specific settlement terms in an attempt at resolution of this case. Vague, general statements, such as the parties discussed feasibility of settlement, will not suffice. The supplemental joint case resolution status report must also state whether the parties reached a settlement and, if not, what specific steps they intend to take to facilitate the likelihood of successful settlement efforts in the future.[1]

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] This supplemental filing is in addition to, not instead of, the required second joint case resolution status report, which is due on August 13, 2021.