# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| NICHOLAS ENNIS, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 3:20-cv-805 ) ) Chief Judge Waverly D. Crenshaw |
| COUNTY OF SUMNER, TENNESSEE, et al., | ) Mag. Judge Barbara D. Holmes ) ) ) JURY DEMAND |
| Defendants. | ) |

## SECOND JOINT STATUS REPORT

Come now the parties, Plaintiffs Nicholas Ennis, Firearms Policy Coalition, Inc., and Firearms Policy Foundation (collectively, "Plaintiffs") and Defendants Sumner County, Chris Sanford, Kyle Mahaney, Justin Downs, and Carl Edison (collectively, "Defendants"), by and through the undersigned counsel, and for their Second Joint Status Report, state as follows:

Pursuant to the Court's Initial Case Management Order entered November 4, 2020, (Doc. No. 19), counsel for all parties have made a second substantive attempt at case resolution. The parties conferred and discussed the status of the instant case, including the potential for settlement. The parties confirm that they discussed the legal and factual issues in dispute and their respective positions regarding said issues. The parties were unable to reach a resolution during this discussion, but agree to continue discussing the issues in dispute with their clients and remain in communication with all counsel about such matters as the case progresses. The parties further acknowledge the Court's encouragement to consider mediation of this matter and will continue to do so. Finally, the parties have discussed and agreed to continue to endeavor to resolve any disputed issues that can be resolved in order to move toward a full or partial settlement of this

1

matter. Counsel for the parties agree to keep the Court apprised of any developments in their discussions that may lead to a settlement of any or all of the claims at issue in this litigation.

Respectfully submitted:

**Attorneys for Plaintiffs:**

*/s/ Raymond DiGuiseppe (with permission)*
Raymond DiGuiseppe, CA Bar #228457
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
law.rmd@gmail.com

*/s/ Michael Sousa (with permission)*
Michael Sousa, CA Bar #229416
3232 Governor Drive, Suite A
San Diego, CA 92122
msousa@msousalaw.com

*/s/ Lloyd R. Tatum (with permission)*
Lloyd R. Tatum, #11326
Tatum & Tatum
P O Box 293
124 E Main Street
Henderson, TN 38340
lloydtatum1@yahoo.com

*/s/ Eugene Volokh (with permission*
Eugene Volokh
385 Charles E. Young Dr. E.
Los Angeles, CA 90095
volokh@law.ucla.edu

**Attorneys for Defendants:**

*/s/ Leah May Dennen (with permission)*
Leah May Dennen, #12711
Sumner County Law Director
Benjamin C. Allen, #35923
355 North Belvedere Drive, Room 303
Gallatin, TN 37066
615-451-6060
LeahMay@sumnercountytn.gov
Ben@sumnercountytn.gov

*/s/ Thomas B. Russell*
Thomas B. Russell, #26011
Sarah L. Locker, #31994
GULLETT SANFORD ROBINSON
 & MARTIN PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
615-244-4994
trussell@gsrm.com; slocker@gsrm.com

# CERTIFICATE OF SERVICE

      I hereby certify that on the 13th day of August, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Eugene Volokh<br>385 Charles E. Young Dr. E.<br>Los Angeles, CA 90095<br>volokh@law.ucla.edu<br><br>*Attorney for Plaintiffs*<br><br>Lloyd R. Tatum<br>Tatum & Tatum<br>P O Box 293<br>124 E Main Street<br>Henderson, TN 38340<br>lloydtatum1@yahoo.com<br><br>*Attorneys for Plaintiffs* | Michael Sousa<br>3232 Governor Drive, Suite A<br>San Diego, CA 92122<br>msousa@msousalaw.com<br><br>*Attorney for Plaintiffs*<br><br>Raymond DiGuiseppe<br>The DiGuiseppe Law Firm, P.C.<br>4320 Southport-Supply Road, Suite 300<br>Southport, NC 28461<br>law.rmd@gmail.com<br><br>*Attorneys for Plaintiffs* |

                                             */s/ Thomas B. Russell*