IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NICHOLAS ENNIS, et al )
)
v. ) NO. 3:20-0805
) Crenshaw/Holmes
COUNTY OF SUMNER, TENNESSEE; )
CHRIS SANFORD; KYLE MAHANEY; )
JUSTIN DOWNS; and CARL EDISON )

**O R D E R**

Before the Court is a motion filed by counsel for Defendants to withdraw their representation as to Defendant Chris Sanford, filed November 12, 2021, Docket Entry No. 34. Counsel recite the conflict of interest that has now arisen in regards to representation of Defendant Sanford only. For the reasons stated in the motion, the motion (Docket Entry No. 34) is GRANTED.[1] The Clerk of Court shall terminate all counsel for Defendant Chris Sanford only.[2] Counsel continue to represent the other Sumner Defendants.

By no later than **December 17, 2021**, Defendant Chris Sanford shall retain new counsel to represent him in this case. If counsel does not file a notice of appearance on behalf of Defendant Chris Sanford by that date, Defendant Sanford will be deemed to be proceeding as a *pro se* party in

---

[1] The motion recites that Defendant Sanford was given notice of the intended withdrawal by a correspondence sent on November 5, 2021. (Docket Entry No. 34 at n.2.) Although this does not technically comply with the 14-day advance notice requirement of Local Rule 83.01(g), nor did counsel append the correspondence to the motion as also required by the local rules. Nevertheless, given the circumstances that led to the necessity of withdrawal, the Court will excuse noncompliance with the local rules in this instance. However, counsel must be more attentive to these kind of details in the future.

[2] The motion identifies Leah May Dennan and Benjamin Allen with the Sumner County Law Department and Sarah Locker and Thomas Russell with the law firm of Gullett Sanford Robinson & Martin PLLC as the withdrawing attorneys. (Docket Entry No. 34.) However, William Scales also

this case. Counsel for the remaining Sumner Defendants shall ensure that Defendant Chris Sanford is served with a copy of this Order and shall file an appropriate certificate of service with Defendant Sanford's mailing address. If Defendant Sanford proceeds *pro se*, he is responsible for keeping the Court apprised of his current contact information and failure to do so may result in adverse consequences.

All scheduling deadlines remain in full force and effect, including the trial date of May 10, 2022, subject to further order.

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge

---

entered a notice of appearance on behalf of all Defendants. (Docket Entry No. 28.) Mr. Scales is also permitted to withdraw. As noted above, counsel must be more attentive to details in the future.