IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| NICHOLAS ENNIS *et al.* ) | |
| ) | Case No. 3:20-cv-0805 |
| v. ) | Chief Judge Crenshaw |
| ) | Magistrate Judge Holmes |
| SUMNER COUNTY, TENNESSEE *et al.* ) | |

**O R D E R**

Pending before the Court is Defendants' motion to compel mediation (Docket No. 48), which, for the following reasons, is GRANTED IN PART as provided below.[1]  Although the motion is represented to be opposed, the Court exercises its discretion under Local Rule 7.01(b) to act on the motion prior to expiration of the deadline for response in part because the determination of whether to order mediation rests with the Court's discretion.  *See* Local Rule 16.02(b)(1) (upon motion or the Court's own initiative, the assigned judge may refer the case for mediation "with or without the consent of the parties").

From review of the entire record in this case, the Court finds that mediation can possibly facilitate a settlement, which would avoid the expense of trial, consistent with the purposes of the Court's utilization of alternative dispute resolution mechanisms. *See* Local Rule 16.02(a).  This is particularly so given Defendants' apparent willingness to engage in mediation "toward a resolution of this case."  (Docket No. 49 at 3.)

The Court therefore ORDERS the parties to participate in mediation, which must be concluded and a report of mediation filed pursuant to Local Rule 16.05(b) by no later than **April**

---

[1] The motion also requests that the parties be given at least 60 days to mediate "and for the current trial dates and pretrial deadlines to be stricken and reset if mediation is unsuccessful." (Docket No. 49 at 4.)  After consultation with Chief Judge Crenshaw, the trial date will not be moved and these requests for relief are therefore denied.

**18, 2022**, unless the parties agree to a later date prior to the trial date. By no later than **April 1, 2022**, the parties must file a notice of mediation details, which confirms (and identifies) the parties' selection of a mediator and the date on which mediation is scheduled. All other requested relief is denied.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge