# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| NICHOLAS ENNIS, FIREARMS POLICY COALITION, INC., and FIREARMS POLICY FOUNDATION, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>COUNTY OF SUMNER, TENNESSEE; )<br>ANTHONY HOLT in his official capacity as )<br>County Executive and County Mayor of )<br>Sumner County, TN; ROY "SONNY" )<br>WEATHERFORD in his official capacity as )<br>Sumner County Sheriff; CHRIS SANFORD )<br>in his individual and official capacities, )<br>KYLE MAHANEY in his individual and )<br>official capacities; JUSTIN DOWNS in his )<br>individual and official capacities; and )<br>CARL EDISON in his individual and )<br>official capacities, )<br>)<br>Defendants. ) | Civil Action No. 3:20-cv-805<br><br>Chief Judge Waverly D. Crenshaw<br>Mag. Judge Barbara D. Holmes<br><br>JURY DEMAND |

## NOTICE OF MEDIATION

Come the parties, by agreement and for their Notice of Mediation, state as follows:

On March 28, 2022, the Court entered an Order mandating mediation. (Docket Entry No. 50). The parties were to let the Court know the details on or before April 1, 2022. (Id.). By agreement, the parties will mediate this matter, via Zoom, on April 12, 2022, beginning at 10:30 a.m. Central Time. The mediator will be Honorable Joe B. Brown, retired United States Magistrate Judge for the Middle District of Tennessee.

1

Respectfully submitted:

*/s/ Thomas B. Russell*
Leah May Dennen, #12711
Sumner County Law Director
Benjamin C. Allen, #35923
355 North Belvedere Drive, Room 303
Gallatin, TN 37066
615-451-6060
LeahMay@sumnercountytn.gov
Ben@sumnercountytn.gov

Thomas B. Russell, #26011
Sarah L. Locker, #31994
GULLETT SANFORD ROBINSON & MARTIN PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
615-244-4994
trussell@gsrm.com; slocker@gsrm.com

*Attorneys for Defendants County of Sumner, Tennessee, Kyle Mahaney, Justin Downs, and Carl Edison*

# CERTIFICATE OF SERVICE

    I hereby certify that on the 1st day of April, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Eugene Volokh
385 Charles E. Young Dr. E.
Los Angeles, CA 90095
volokh@law.ucla.edu
*Attorney for Plaintiffs*

Michael Sousa
3232 Governor Drive, Suite A
San Diego, CA 92122
msousa@msousalaw.com
*Attorney for Plaintiffs*

Lloyd R. Tatum
Tatum & Tatum
P O Box 293
124 E Main Street
Henderson, TN 38340
lloydtatum1@yahoo.com
*Attorneys for Plaintiffs*

Raymond DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
law.rmd@gmail.com
*Attorneys for Plaintiffs*

Chris Sanford
111 Jameson Place
Hendersonville, TN 37075
defensorfortis3379@gmail.com
*Pro Se Defendant*

                                                 */s/ Thomas B. Russell*