IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| NICHOLAS ENNIS, FIREARMS POLICY COALITION, INC., and FIREARMS POLICY FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SUMNER, TENNESSEE; ANTHONY HOLT in his official capacity as County Executive and County Mayor of Sumner County, TN; ROY "SONNY" WEATHERFORD in his official capacity as Sumner County Sheriff; CHRIS SANFORD in his individual and official capacities, KYLE MAHANEY in his individual and official capacities; JUSTIN DOWNS in his individual and official capacities; and CARL EDISON in his individual and official capacities,<br><br>Defendants. | Civil Action No. 3:20-cv-805<br><br>Chief Judge Waverly D. Crenshaw<br>Mag. Judge Barbara D. Holmes<br><br>JURY DEMAND |

**JOINT MOTION TO CONTINUE TRIAL**

Come now the parties, and for their Joint Motion to Continue Trial, state as follows:

This matter is currently set for a three-day jury trial beginning May 10, 2022. On March 28, 2022, the Court entered an Order requiring the parties attend mediation. On April 12, 2022, the parties attended mediation with the Honorable Magistrate Judge Joe Brown. While some progress was made, it was agreed the mediation be suspended to May 5, 2022, so the parties could attempt to resolve certain issues. If successful, the parties will notify the mediator, and the May 5, 2022, mediation continuance will not be necessary. If negotiations are not successful, the mediation with Magistrate Judge Brown, via Zoom, will recommence at 10:00 a.m. Central Time on May 5, 2022.

1

Given the upcoming trial date and the parties' belief they can resolve the lingering issues, the parties respectfully request this Court to continue the trial of this matter and suspend all upcoming pre-trial deadlines, including the upcoming pre-trial conference.

Respectfully and Jointly Submitted By:

/s/ Thomas B. Russell
Leah May Dennen, #12711
Sumner County Law Director
Benjamin C. Allen, #35923
355 North Belvedere Drive, Room 303
Gallatin, TN 37066
615-451-6060
LeahMay@sumnercountytn.gov
Ben@sumnercountytn.gov

Thomas B. Russell, #26011
Sarah L. Locker, #31994
GULLETT SANFORD ROBINSON & MARTIN PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
615-244-4994
trussell@gsrm.com; slocker@gsrm.com

*Attorneys for Defendants*

/s/ Raymond DeGuiseppe (with permission)
Raymond DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
law.rmd@gmail.com

*Attorneys for Plaintiffs*

/s/ Chris Sanford (with permission)
Chris Sanford
111 Jameson Place
Hendersonville, TN 37075

*Pro Se Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of April, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Eugene Volokh
385 Charles E. Young Dr. E.
Los Angeles, CA 90095
volokh@law.ucla.edu
*Attorney for Plaintiffs*

Michael Sousa
3232 Governor Drive, Suite A
San Diego, CA 92122
msousa@msousalaw.com
*Attorney for Plaintiffs*

Lloyd R. Tatum
Tatum & Tatum
P O Box 293
124 E Main Street
Henderson, TN 38340
lloydtatum1@yahoo.com
*Attorneys for Plaintiffs*

Raymond DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
law.rmd@gmail.com
*Attorneys for Plaintiffs*

Chris Sanford
111 Jameson Place
Hendersonville, TN 37075
*Pro Se Defendant*

                                                      */s/ Thomas B. Russell*