# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **NICHOLAS ENNIS, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:20-cv-00805** |
| | ) | |
| **COUNTY OF SUMNER, TENNESSEE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

The Joint Motion to Continue Trial (Doc. No. 55) is **GRANTED.** The pretrial conference set for May 2, 2022 and trial date set for May 10, 2022 are CANCELLED. The parties shall report on the status of this case on or before **May 9, 2022.**

IT IS SO ORDERED.

_____

WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE