IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| NICHOLAS ENNIS, FIREARMS POLICY COALITION, INC., and FIREARMS POLICY FOUNDATION,<br><br>  Plaintiffs,<br><br>v.<br><br>COUNTY OF SUMNER, TENNESSEE; CHRIS SANFORD in his individual and official capacities, KYLE MAHANEY in his individual and official capacities; JUSTIN DOWNS in his individual and official capacities; and CARL EDISON in his individual and official capacities,<br><br>  Defendants. | Civil Action No. 3:20-cv-805<br><br>Chief Judge Waverly D. Crenshaw<br>Mag. Judge Barbara D. Holmes<br><br>JURY DEMAND |

## AGREED INJUNCTION AND
## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Agreed Injunction and Agreed Order of Dismissal with Prejudice. As part of the settlement the parties enter into a stipulated injunction and to dismissal of this case. Accordingly, it is now **ORDERED**:

1. That this matter **is hereby dismissed with prejudice**, with the limited exception of any matter involving enforcement of the below injunction beginning at Paragraph 3;

2. That the parties have an agreement with regard to fees and costs; and

3. The undersigned parties hereby agree that the actions of the officers in initiating a traffic stop and issuing a citation pursuant to Tenn. Code Ann. § 55-8-187, as applied in this case, constituted a violation of the First and Fourth Amendments and *Cohen v. California*, 403 U.S. 15 (1971), and that Defendants are, therefore, enjoined from: (1) enforcing Tenn. Code Ann. § 55-8-187 as applied to the window sticker at issue in this case; (2) enforcing Tenn. Code Ann. § 55-8-

1

187 in any way inconsistent with Tennessee Attorney General Opinion No. 04-086, 2004 Tenn. AG LEXIS 82 (May 5, 2004), and any other controlling decisional law; and (3) otherwise suppressing speech of this nature in contravention of *Cohen*, *Miller v. California*, 413 U.S. 15 (1973), *Davis-Kidd Booksellers, Inc. v. McWherter*, 866 S.W.2d 520 (Tenn. 1993), and their progeny.

The parties further agree that Defendant will provide training on the application and enforcement of Tenn. Code Ann. § 55-8-187.

The parties further agree that this Court shall retain jurisdiction for enforcement of any violation of this injunction.

Enter this Order on the _____ day of May, 2022.

_____
Chief District Judge Waverly D. Crenshaw, Jr.

APPROVED FOR ENTRY:


*/s/ Thomas B. Russell*
Leah May Dennen, #12711
Sumner County Law Director
Benjamin C. Allen, #35923
355 North Belvedere Drive, Room 303
Gallatin, TN 37066
615-451-6060
LeahMay@sumnercountytn.gov
Ben@sumnercountytn.gov

Thomas B. Russell, #26011
Sarah L. Locker, #31994
GULLETT SANFORD ROBINSON & MARTIN PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
615-244-4994
trussell@gsrm.com; slocker@gsrm.com

*Attorneys for Defendants*



*/s/ Raymond DeGuiseppe (with permission)*
Raymond DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
law.rmd@gmail.com

*Attorneys for Plaintiffs*



*/s/ Chris Sanford (with permission)*
Chris Sanford
111 Jameson Place
Hendersonville, TN 37075

*Pro Se Defendant*

3

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Eugene Volokh
385 Charles E. Young Dr. E.
Los Angeles, CA 90095
volokh@law.ucla.edu
*Attorney for Plaintiffs*

Michael Sousa
3232 Governor Drive, Suite A
San Diego, CA 92122
msousa@msousalaw.com
*Attorney for Plaintiffs*

Lloyd R. Tatum
Tatum & Tatum
P O Box 293
124 E Main Street
Henderson, TN 38340
lloydtatum1@yahoo.com
*Attorneys for Plaintiffs*

Raymond DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
law.rmd@gmail.com
*Attorneys for Plaintiffs*

Chris Sanford
111 Jameson Place
Hendersonville, TN 37075
*Pro Se Defendant*

                                                  */s/ Thomas B. Russell*