UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| NICHOLAS ENNIS, FIREARMS POLICY COALITION, INC., and FIREARMS POLICY FOUNDATION,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SUMNER, TENNESSEE; CHRIS SANFORD in his individual and official capacities, KYLE MAHANEY in his individual and official capacities; JUSTIN DOWNS in his individual and official capacities; and CARL EDISON in his individual and official capacities,<br><br>    Defendants. | Civil Action No. 3:20-cv-805 |

## AGREED INJUNCTION AND
## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Agreed Injunction and Agreed Order of Dismissal with Prejudice. As part of the settlement the parties enter into a stipulated injunction and to dismissal of this case. Accordingly, the Court finds as follows:

    1.    This matter is hereby dismissed with prejudice, with the limited exception of any matter involving enforcement of the below injunction beginning at Paragraph 3;

    2.    The parties have an agreement with regard to fees and costs; and

    3.    The parties agree that the actions of the officers in initiating a traffic stop and issuing a citation pursuant to Tenn. Code Ann. § 55-8-187, as applied in this case, constituted a violation of the First and Fourth Amendments and *Cohen v. California*, 403 U.S. 15 (1971), and that Defendants are, therefore, enjoined from: (1) enforcing Tenn. Code Ann. § 55-8-187 as applied to the window sticker at issue in this case; (2) enforcing Tenn. Code Ann. § 55-8-

1

187 in any way inconsistent with Tennessee Attorney General Opinion No. 04-086, 2004 Tenn. AG LEXIS 82 (May 5, 2004), and any other controlling decisional law; and (3) otherwise suppressing speech of this nature in contravention of *Cohen*, *Miller v. California*, 413 U.S. 15 (1973), *Davis-Kidd Booksellers, Inc. v. McWherter*, 866 S.W.2d 520 (Tenn. 1993), and their progeny.

4. The parties further agree that Defendant will provide training on the application and enforcement of Tenn. Code Ann. § 55-8-187.

5. The parties further agree that this Court shall retain jurisdiction for enforcement of any violation of this injunction.

IT IS SO ORDERED.

_____
Waverly D. Crenshaw, Jr.
Chief United States District Judge

APPROVED FOR ENTRY:


*/s/ Thomas B. Russell*
Leah May Dennen, #12711
Sumner County Law Director
Benjamin C. Allen, #35923
355 North Belvedere Drive, Room 303
Gallatin, TN 37066
615-451-6060
LeahMay@sumnercountytn.gov
Ben@sumnercountytn.gov

Thomas B. Russell, #26011
Sarah L. Locker, #31994
GULLETT SANFORD ROBINSON & MARTIN PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
615-244-4994
trussell@gsrm.com; slocker@gsrm.com

*Attorneys for Defendants*



*/s/ Raymond DeGuiseppe (with permission)*
Raymond DiGuiseppe
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
law.rmd@gmail.com

*Attorneys for Plaintiffs*



*/s/ Chris Sanford (with permission)*
Chris Sanford
111 Jameson Place
Hendersonville, TN 37075

*Pro Se Defendant*

3